**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02713-RMR

JASSIEL TZOMPA GARCIA,

Petitioner,

v.

JUAN BALTAZAR, Warden – Aurora ICE Processing Center,
TODD LYONS, Acting Field Office Director – U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary – U.S. Department of Homeland Security, and
TODD BLANCHE, U.S. Attorney General,

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS entered by United States District Judge Regina M. Rodriguez on July 2, 2026 [ECF No. 9] and August 4, 2026 [ECF No. 14] it is hereby

ORDERED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that Petitioner's Motion to Traverse [ECF No. 11] is GRANTED. IT IS

FURTHER ORDERED that as the prevailing party, Petitioner is awarded their costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that his case is closed.

Dated at Denver, Colorado this 11th day of August, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/K. Myhaver

Kally Myhaver, Deputy Clerk